IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **MAGNACROSS LLC,** | |
| Plaintiff, | CIVIL ACTION NO. 2:14-cv-958 |
| v. | **PATENT CASE** |
| **MICROSOFT CORP.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Magnacross LLC ("Magnacross") hereby moves, stipulates and agrees subject to and upon the Court's approval that: (i) all of Magnacross's claims in the action against Microsoft Corporation shall be dismissed with prejudice and (ii) each Party shall bear its own costs, expenses and attorneys' fees.

Dated:  November 13, 2014                     Respectfully submitted,

                                                                   */s/ David R. Bennett*
                                                        By:    David R. Bennett
                                                                   Direction IP Law
                                                                   P.O. Box 14184
                                                                   Chicago, IL 60614-0184
                                                                   Telephone: (312) 291-1667
                                                                   e-mail:  dbennett@directionip.com

                                                                   **ATTORNEY FOR PLAINTIFF
                                                                   MAGNACROSS LLC**

## CERTIFICATE OF CONFERENCE

I certify that I communicated with opposing counsel concerning this motion on November 11, 2014, and opposing counsel agreed to this stipulated motion.

>  */s/ David R. Bennett*
>  David R. Bennett

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on November 13, 2014, via the Court's CM/ECF system or by e-mail.

>  */s/ David R. Bennett*
>  David R. Bennett